

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00791-CR

Izaya Thomas **FRANKLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9942
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED: we modify the judgment to delete "N/A" under "Findings on 1st Enhancement Paragraph," "Findings on 2nd Enhancement Paragraph," and their associated pleas, and to instead reflect that the defendant pled "Not True" and that such paragraphs were found "True."

SIGNED December 31, 2025.

_____
Velia J. Meza, Justice